IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**CURTIS L. MARTIN**                                                                          **PLAINTIFF**

**VS.**                              Case No. 03-CV-1002

**SHERIFF JAMES ROBINSON** and
**CHIEF DEPUTY MARILYN SMITH**                            **DEFENDANTS**

## ORDER

Before the Court is Plaintiff and Defendants' Joint Motion for Plaintiff's Voluntary Dismissal under FRCP 41(a). (Doc. 56). Upon consideration, the Court finds the motion should be and hereby is **granted**. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff's lawsuit is hereby **dismissed without prejudice**. If this matter is refiled in any court Plaintiff will be ordered to pay any costs and expenses including reasonable attorney's fees which are duplicated as a result of refiling.

**IT IS SO ORDERED** this 31st day of March, 2006.

                                          /s/ Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          U.S. District Judge